UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOUTHERN ILLINOIS BENEFITS CORPORATION, SOUTHERN ILLINOIS DISTRICT COUNCIL OF CARPENTERS, SOUTHERN ILLINOIS CARPENTERS WELFARE FUND, EMPLOYERS AND SOUTHERN ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP AND TRAINING FUND, ROBERT CALHOUN, Trustee of the Southern Illinois Carpenters Welfare Fund, and the Employers and Southern Illinois District Council of Carpenters Apprenticeship Training Fund, SOUTHERN ILLINOIS CARPENTERS PENSION TRUST FUND, SOUTHERN ILLINOIS CARPENTERS ANNUITY FUND, TERRY NELSON, Trustee of the Southern Illinois Carpenters Pension Trust Fund and the Southern Illinois Carpenters Annuity Fund, UBC NATIONAL HEALTH AND SAFETY AND APPRENTICESHIP AND TRAINING FUNDS, and SOUTHERN ILLINOIS CONSTRUCTION INDUSTRY ADVANCEMENT FOUNDATION,<br><br>          Plaintiffs,<br><br>    v.<br><br>TOM BREWER d/b/a Brewer Construction & Roofing,<br><br>          Defendant. | Case No. 03-cv-4130-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

**Dated: October 23, 2007**                    S/Brenda K. Lowe, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**